**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Department of Motor Vehicle
For District of Columbia
Penn. and Branch Avenue, S.E.
Washington, D.C.  20020

Civil Action, File Number  CA-07-1682 RJL

Milton J. Taylor
v.
Office of the Attorney
General Child Support
Services Divison, ET

...il Procedure.

...RN COPIES 1 AND 2 to the sender within

If you are served on behalf of a corporation,
...r signature your relationship to that entity. If
indicate under your signature your authority.

...days, you (or the party on whose behalf you
plaint in any other manner permitted by law.

...ehalf you are being served) must answer the
...t by default will be taken against you for the

...t of Summons and Complaint By Mail was

Signature (USMS Official)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Department of Motor Vehicle
For District of Columbia
Penn. and Branch Ave., S.E.
Washington, DC 20020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0003 7140 3210

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Dates noted: 11/14/07    BB 07-1682

---

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Office of the Attorney General
Child Support SRVCS. Divison
441 4th Street, N.W. 5th Floor
Washington, DC  20001

Civil Action, File Number **CA-07-1682 RJL**

__Milton J. Taylor__
V.
__Office of the Attorney General Child Support Services, Division, ET__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[Return Receipt card overlay:]

11/14/07    BB 07-1682

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of The Attorney General
Child Support Services Division
441 4th Street, N.W. 5th Floor
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Morgan Nevis_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Morgan Nevis
C. Date of Delivery: 11-16-07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 7140 3197

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[Right-side text partially obscured:]
...RN COPIES 1 AND 2 to the sender within ... if you are served on behalf of a corporation, ... signature your relationship to that entity. If ... indicate under your signature your authority. ... days, you (or the party on whose behalf you ... laint in any other manner permitted by law. ... half you are being served) must answer the ... by default will be taken against you for the ...
... of Summons and Complaint By Mail was ...
_____ (Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299 (Rev. 6/95)