UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| MILTON JOSEPH TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1682 (RJL) |
| ) | |
| OFFICE OF THE ATTORNEY ) | |
| GENERAL *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

In this civil action filed *pro se* and *in forma pauperis*, plaintiff sues the District of Columbia Office of the Attorney General Child Support Services Division and the Department of Motor Vehicles under 42 U.S.C. § 1983. Defendants move to dismiss the complaint on the grounds that they may not be sued in their own names and that the real party in interest, the District of Columbia, has not been properly served. The Court agrees with both assertions but does not find dismissal to be warranted. Rather, it is hereby

ORDERED that pursuant to Fed. R. Civ. P. 17(a), the District of Columbia is substituted as the real party in interest; it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(d), the Clerk shall prepare and issue a summons for the District of Columbia and provide the summons and a copy of the complaint to the United States Marshals Service to effect service of process upon the District of Columbia; and it is

FURTHER ORDERED that defendants' motion to dismiss [Dkt. No. 4] is DENIED.

Date: 1/3/08

RICHARD J. LEON
United States District Judge