UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON TAYLOR,** | : | |
| | : | **Case Number: 2007 CV 1682** |
| **Plaintiff,** | : | **Judge: Richard J. Leon** |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME WITHIN WHICH
TO RESPOND TO THE COMPLAINT**

The District of Columbia, by its attorney the Office of the Attorney General for the District of Columbia, respectfully requests an enlargement of time to respond to the complaint. The undersigned attorney spoke with the Plaintiff, *pro se*, on February 21, 2008, who consents to a thirty-day enlargement of time to respond. The undersigned requests additional time to respond for the following reasons:

1) Process was served by the United States Marshals on February 7, 2008.

2) The undersigned just concluded a trial which involved a substantial amount of time over the past few weeks.

3) Additional time is needed to prepare a meaningful response to the complaint.

WHEREFORE, for these reasons and the reasons in the accompanying memorandum of points and authorities, Defendant requests enlargement of time to respond to the complaint to March 27, 2008. Attached is a proposed order.

Respectfully submitted,

PETER J. NICKLES

Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Jayme B. Kantor
JAYME B. KANTOR [488502]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6627

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2008, a copy of the foregoing Defendant's Consent Motion to Enlarge Time Within Which to Respond to the Complaint was electronically filed with the Court and mailed, first class, postage prepaid to:

Plaintiff, *Pro Se*
Mr. Milton J. Taylor
1175 Stevens Road, S.E.
Washington, D.C. 20020

   /s/ Jayme B. Kantor
Jayme B. Kantor

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON TAYLOR,** | : | |
| | : | **Case Number: 2007 CV 1682** |
| **Plaintiff,** | : | **Judge: Richard J. Leon** |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of
        Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/ Jayme B. Kantor
        JAYME B. KANTOR [488502]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        (202) 724-6627

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON TAYLOR,** | : | |
| | : | **Case Number: 2007 CV 1682** |
| **Plaintiff,** | : | **Judge: Richard J. Leon** |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Enlarge Time Within Which to Respond to the Complaint, the memorandum of points and authorities filed in support thereof, and the entire record in this matter, it is, by the Court, this _____ day of _____, 2008,

**ORDERED**: that the Motion is **GRANTED**, and it is;

**FURTHER ORDERED**: that the Defendants have until **March 27, 2008**, to respond to the Complaint.

_____
Judge Richard J. Leon

Copies to:

Jayme Kantor
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

Milton J. Taylor
1175 Stevens Road, S.E.
Washington, D.C. 20020