*the above file is GRANTED as both a motion to extend time and as a notice of appeal.*

*7/2/09* U.S.D.J. **RECEIVED** *Date*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

**JUN 2 9 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MILTON JOSEPH TAYLOR
             Plaintiff/Appellate

*C7-1682*

                VS.
                                        Civil No. *08-CV—*

                                        *Judge Leon*

DISTRICT OF COLUMBIA
             Defendants/Appellees.
_____/

**RECEIVED**

**JUL 0 1 2009**

**JUDGE** RICHARD LEON

### NOTICE OF APPEAL

        Plaintiff, respectfully moves this Honorable Court to grant

him permission to file his late Notice of Appeal, pursuant to the

Federal Rule Appellate Procedural number 4(a)(1)(B), in which the

district court may extend the time period by 30 days for "exusable

neglect or good cause. See Fed. R. App. P. 4(a)(5), 4(b)(4); see

also, 522 F. 3d at 402.  For the following reasons:

(1) That Mr. Taylor has just became aware of the Court's denied

adverse order on June 26th, 2009, after checking the Clerk's Docket

Sheet in the above Caption Case Number.

(2) That Mr. Taylor has been having problems with receiving his mail

at his recorded address at 1175 Stevens Road S.E., Washington, D.C.,

20020 for approximated ___9___ months, due to his mailbox key being

seized within a family members car and due to other personal reason.

(3) That Mr. Taylor did not ever receive any Certified Letter from

this Court, concerning the judge Leon's denied order or whether any order was ever sent to his known address in this case.

Mr. Taylor is now appealing the judge's adverse order dated April 30th, 2009, for the following reasons:

(1)   Whether the district court judge had denied Mr. Taylor access to a Federal Forum, to had properly adjudicate all of his claims on the merits, in violation of his 1st Amendment Rights ? *See Russell v. Oliver, 552 F, 2d 115, 116 (4th Cir, 1977); 18 USC § 1507.*

(2)   Whether the district court judge had declined to address Mr. Taylor's double jeopardy claim properly, in regards to executive officials having judicial power to imposed Civil penalties twice for ticket violation ? *See U.S. v. Johnson, 48 F. 3d. 806, 807-08 (4th Cir, 1995)*

(3)   Whether the judge had erred by not properly adjudicating Mr. Taylor's separation of power claim? *See Melendez-Santana v. U.S, 353 F. 3d 93*

(4)   Whether the judge had erred by not granting Mr. Taylor relief on his 'unauthorized practice of law claim? *In re Burton, 614 A, 2d 46, 49 (D.C, App. 1993). See also, Simons v. Bellinger, 643 F, 2d 774, 780 (D.C.Cir 1980).*

(5)   Whether the judge had erred by not allowing Mr. Taylor *A chance* to **"AMEND HIS COMPLAINT"** and to address his statutory arguments?

(6)   whether the judge erred by not exposing the defendants to a jury trial on the merits ?

(7)   Whether the judge had erred by not allowing Mr. Taylor an opportunity to challenge the full amount of his arrear fines? *D.C. Code § 15-101 and see Mayo v. Mayo, ____ A.2d ____ (D.C.App.).*

(8)   Whether the district court judge had refused to
"RECUSE" himself in this case, by trying to have Mr. Taylor
arrested in the past and having a personal vandetta by in-
tentionally denying Mr. Taylor other past Civil Action Law Suit?
See attached order of Kimberly Howard and **Taylor** v. **Vail Kaufman**, ¡¿
08-CV-_00867____. (D.D.C, 2008)


## CONCLUSION

THE PLAINTIFF RESPECTFULLY REQUEST THAT THIS MOTION BE
GRANTED, AS JUSTICE REQUIRES AND HE SHOULD HAVE THE STATUTORY RIGHT
TO APPEAL HIS CIVIL ACTION, WITHOUT ANY FURTHER INTERFERANCE FROM
THE DISTRICT COURT.   SEE BOUNDS V. SMITH, SUPREME COURT CITE AND
IN RESPECT TO THE JUDGE'S SWORN OATH TO UPHOLD THE LAW IN GOOD
FAITH, PURSUANT TO TITLE 28 U.S.C. SECTION 453, AS THE "NEEDLE
POINTS BOTH WAYS!"   SEE Cooper V, Aaron, Supreme Court Cite


Respectfully submitted,

_Milton J Taylor_
MILTON J. TAYLOR

NEW Address
2402 ELvins Rd, S.E. #302
WASH, D.C, 20020
PHone No, (202) 534-9229

Ezecuted on this 29th, day of June, 2009.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :

V.      :      Criminal N0. 07-250 (RJL)

KIMBERLY HOWARD      :

## O R D E R

At the suggestion of counsel for Ms. Kimberly Howard, and without opposition from the

United States Attorney's Office, it is this ___ day of _____, 2008, hereby

ORDERED, that the Clerk shall transmit a certified copy of this order with the following

pleadings in this case: Document 10, filed on November 7, 2007 by Mr. Milton Joseph Taylor and

entitled "Motion to Withdraw Counsel" (Deandre Howard), Document 11, filed on November 21,

2007 by Mr. Milton Joseph Taylor and entitled "Defendant's [Deandre Howard] Motion to

Proceed with His Pro Bono Lawyer or Alternatively Proceed in His Own Prose (sic) Manner, as

Require (sic) to a Farretta Court Hearing," Document 13, filed on December 13, 2007 by Mr.

Milton Joseph Taylor and entitled "Motion to Withdraw Trial Counsel" (Kimberly Howard),

Document 14, filed on December 21, 2007 filed by counsel for Ms. Howard and entitled

"Unopposed Motion to Change Status Hearing Date," and a copy of the transcript of the status

hearing held on January 15, 2008 in this case, to both the District of Columbia Court of Appeals

and to the United States Attorney's Office for the District of Columbia, so that the former, through

its Committee on the Unauthorized Practice of Law, and DCCA Rule 49, may consider whether

the actions taken by Mr. Milton Joseph Taylor on behalf of both Mr. and Mrs. Howard in this

Exhibit No. A.

Jerome v. US

case, by his submission of the attached pleadings, constitute contempt of court, or other actionable offense, and so that the latter may consider whether any criminal prosecution is appropriate, for example of 18 U.S.C. 1001, or any other crime, of Mr. Taylor for the submission of the pleadings identified here and, in particular, for the submission of Document 13 to this Court which bears a purported signature of Ms. Howard which, during the January 15, 2008 status hearing Ms. Howard denied as hers and did not ratify the submission of that pleading, or for any other crime appropriate which may have been committed by Mr. Taylor.

RICHARD J. LEON, Judge
United States District Court for the District of
Columbia

Copies:

District of Columbia Court of Appeals
500 Indiana Ave., NW, Sixth Floor
Washington, D.C. 20001

Jeffrey Taylor, Esq.
United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

Gary M. Sidell, Esq.
1776 K Street, NW
Suite 800
Washington, D.C. 20006
Attorney for Kimberly Howard

James D. Rudasill, Esq.
717 D Street, NW
Suite 310
Washington, D.C. 20004
Attorney for Deandre Howard

Exhibit No. 2                    2